IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

AMY HAZEN,

        Plaintiff,

v.

OLDE ECONOMIE FINANCIAL
CONSULTANTS, LTD.

        Defendant.

Civil Action No. 04-1308

ELECTRONICALLY FILED

## ORDER OF COURT

AND NOW, this _14th_ day of _Dec._, 2005, it is ORDERED that this matter is hereby dismissed with prejudice by stipulation of the parties.

BY THE COURT:

_Donetta F. Ambrose_
United States District Judge

KRLSDOCS_PGH#: 493496v1